Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Jerri Michele Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRI MICHELE MOORE, | Case No. 2:25-cv-00390-CSK |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant | |

Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)),

IT IS ORDERED that fees and expenses in the amount of $11,550.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation (*see* ECF No. 16).

Dated:  February 23, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, moor0390.25

ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))  - 1